## BACUS v. BURNS *et al.*

No. 3957.   Opinion Filed June 1, 1915

Rehearing Denied June 22, 1915.

(149 Pac. 1118.)

**HOMESTEAD—Wills.** Syllabus same as in **Harriet E. Bacus v. Melissa E. Burns et al.,** ante, p. 285, 149 Pac. 1115.

(Syllabus by Dudley, C.)

*Error from District Court, Kingfisher County; James B. Cullison, Judge.*

Action by James E. Bacus against Melissa E. Burns and others. Judgment for defendants, and plaintiff brings error. Reversed and remanded.

*W. L. Moore,* for plaintiff in error.

*F. L. Boynton,* for defendants in error.

Opinion by DUDLEY, C. This case, by agreement, was consolidated with case No. 3956. The facts are the same in both cases, and the same principle of law is involved in this case as is involved in *Bacus v. Burns, ante,* p. 285, 149 Pac. 1115, and upon the authorities of that case, this case should be reversed and remanded.

By the Court: It is so ordered.